NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MERCK SHARP & DOHME CORP.,**
**Formerly known as Schering Corporation,**
*Plaintiff-Appellant,*

**v.**

**APOTEX INC. AND APOTEX CORP.,**
*Defendants-Cross Appellants.*

---

2012-1516,-1543

---

Appeal from the United States District Court for the District of New Jersey in No. 09-CV-6373, Judge Peter G. Sheridan.

---

## JUDGMENT

---

RICHARD L. STANLEY, Law Office of Richard Stanley, of Houston, Texas, argued for plaintiff-appellant. On the brief were PAUL D. MATUKAITIS, EDWARD W. MURRAY and MARY J. MORRY, Merick & Co. Inc., of Rahway, New Jersey; and NICOLAS G. BARZOUKAS, JOSHUA P. DAVIS, AUDREY L. MANESS and JUSTIN CONSTANT, Weil, Gotshal & Manges LLP, of Houston, Texas; and JOHN F. LYNCH, of Port Ludlow, Washington. Of counsel were JILLIAN A.

CENTANNI, DAVID E. DELORENZI and SHEILA F. MCSHANE, of Gibbons, P.C., of Newark, NJ; and KEVIN S. KUDLAC, and RENER TREVIN, Weil, Gotshal & Manges LLP, of Houston, Texas.

DEANNE M. MAZZOCHI, Rakoczy Molino Mazzochi Siwik LLP, of Chicago, Illinois, argued for defendants-cross appellants. With him on the brief were WILLIAM A. RAKOCZY, PAUL J. MOLINOM, ANDREW M. ALUL, ROY CHAMCHARAS, MATTHEW V. ANDERSON and YIXIN H. TANG. Of counsel was ARNOLD B. CALMANN, Saiber LLC, of Newark, New Jersey

————————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, CLEVENGER, and MOORE, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

June 10, 2013              /s/ Jan Horbaly
    Date                      Jan Horbaly
                              Clerk

]